SHANNY J. LEE Calif. Bar No. 174182
BINDER AND BINDER
4000 W. Metropolitan Dr.
Orange, CA 92868-3504
Phone (714) 564-8640
Fax   (714) 564-8641
Email:  mrlee1066@yahoo.com

Attorney for plaintiff Vern Arnett

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERN ARNETT,<br><br>PLAINTIFF,<br><br>v.<br><br>MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,<br><br>DEFENDANT. | Case No. SACV 07-364 JVS (MAN)<br><br>[PROPOSED] ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), and for cause shown,

IT IS ORDERED that Plaintiff is awarded attorney's fees pursuant to the Equal Access to Justice Act ("EAJA") in the amount of FOUR THOUSAND THREE HUNDRED DOLLARS and no/100's ($4,300.00), as authorized by 28 U.S.C.  2412(d), and subject to the terms and conditions of the Stipulation.

DATED: July 30, 2008

_____/s/_____
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE

Proposed Order for EAJA Fees

- 1