SHANNY J. LEE Calif. Bar No. 174182
BINDER AND BINDER
4000 W. Metropolitan Dr.
Orange, CA 92868-3504
Phone (714) 564-8640
Fax   (714) 564-8641
Email:  mrlee1066@yahoo.com

Attorney for plaintiff Vern Arnett

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERN ARNETT,<br><br>       PLAINTIFF,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>       DEFENDANT. | Case No. CV 07-364 JVS (MAN)<br><br>[PROPOSED] ORDER AMENDING ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation to Amend Order Awarding EAJA fees ("Stipulation to Amend"), and for cause shown,

IT IS ORDERED the Order awarding attorney's fee under the Equal Access to Justice Act ("EAJA") in the amount of FOUR THOUSAND THREE HUNDRED DOLLARS and no/100's ($4,300) dated July 30, 2008 be amended to reflect that said fees are to be paid to "plaintiff's attorney as assignee of plaintiff" and not to "plaintiff."

Other than the aforementioned amendment, the Order shall otherwise remain unchanged.

DATED: October 14, 2008

_____/s/_____
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE

Proposed Order Amending Order Awarding EAJA fees

- 2